# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2042

_____

Michael M. Ngrime,                 *
                                  *
         Appellant,       *
                                  *   Appeal from the United States
     v.                       *   District Court for the
                                  *   District of Nebraska.
Papillion Manor, Inc.,       *
                                  *   [UNPUBLISHED]
         Appellee.        *

_____

Submitted: February 5, 2010
Filed: February 23, 2010

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Michael Ngrime appeals the district court's[1] adverse grant of summary judgment in his employment discrimination action. After careful de novo review, see Davis v. KARK-TV, Inc., 421 F.3d 699, 703 (8th Cir. 2005) (standard of review), we conclude that summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.